## CHRISTOPHER SHUCKRA *v.* COMMISSIONER OF CORRECTION
## (AC 21583)

Lavery, C. J., and Mihalakos and Bishop, Js.

Submitted on briefs January 11—officially released February 19, 2002

Per Curiam. The judgment is affirmed.

## DONOVAN DAVIS *v.* COMMISSIONER OF CORRECTION
## (AC 21560)

Lavery, C. J., and Mihalakos and Bishop, Js.

Submitted on briefs January 11—officially released February 19, 2002

Per Curiam. The appeal is dismissed.

## STEPHEN FREEMAN *v.* UNITED TECHNOLOGIES CORPORATION, SIKORSKY AIRCRAFT DIVISION, ET AL.
## (AC 21916)

Lavery, C. J., and Mihalakos and Bishop, Js.

Submitted on briefs January 11—officially released February 19, 2002

Per Curiam. The decision of the workers' compensation review board is affirmed.